# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIA ORDUNO DIAZ,

    Defendant.

NO. MJ18-380

DETENTION ORDER

<u>Offenses charged</u>:

    Count 1:    Conspiracy to Commit the Laundering of Monetary Instruments

    Count 2:    Conspiracy to Structure Transactions with a Domestic Financial Institution to Evade Reporting Requirements

<u>Date of Detention Hearing</u>: August 21, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.    Defendant has stipulated to detention, but reserves the right to contest her continued detention when she makes her initial appearance on this charge in the District of Oregon.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

2. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community, pending her initial appearance in the District of Oregon.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending her initial appearance in the District of Oregon and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of August, 2018.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge